# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NEW YORK

United States of America

-v-

KIMBERLY OSORIO
Defendant.

NOTICE OF APPEARANCE

Docket Number: 25-MJ-306

Judge:

Date: October 21, 2025

PLEASE NOTICE, that I have been RETAINED by KIMBERLY OSORIO the above named defendant. I was admitted to practice in this district on 1995.

Signature: [signature]

Print Name: A. Servall Chillest

Bar Code: 

Office Address: 20 East 125th Street 2nd Fl
New York, New York 10035

Telephone #: (917) 705-2397

*** NOTICE TO ATTORNEY ***

**Bar Code - The attorney's initials and last four digits of the social security number must appear on all pleading.